THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

FILED 2010 SEP 16 PM 1:35
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

IN RE: ) CHAPTER 13
) CASE NO: **06-52445**
**JOSEPH LEWIS MANCUSO JR** )
) MARILYN SHEA-STONUM
Debtor(s) ) BANKRUPTCY JUDGE
)
) TRANSMITTAL OF UNCLAIMED FUNDS

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **FIRST MERIT MORTGAGE**
   **Check No. 749571**
   **Claim #01-1**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of **$8.88** payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **9/14/2010**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
krucinski@ch13akron.com
jferrise@ch13akron.com

*Ck # 760865*
*receipt # 81781*

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

JOSEPH LEWIS MANCUSO JR
1285 LINCOLN COURT
BARBERTON, OH 44203
(Via Regular Mail)


JAMES F CICCOLINI (via ECF)

FIRST MERIT MORTGAGE
4455 HILLS & DALES ROAD NW
CANTON, OH 44708
(via Regular Mail)

Date of Service: 9/14/2010         By: **JoAnn Romig**
                                   Office of the Chapter 13 Trustee

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com